| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>         U.S. MAGISTRATE JUDGE | DATE: 8/22/218<br>TIME: 10:30 AM<br>FTR: 10:48-11:02 |

CASE: **CV 18-767 (JS) (AYS)** Sofia v. Leon Petroleum, LLC et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:    Plaintiff    James Bahamonde

                Defendant    Paul Bartel
                             Seth Escher

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☐    Other:

**Rulings by the Court:**

This is an action in which Plaintiff alleges violations of the ADA.

- By September 19, 2018, Defendants shall provide Plaintiff with a line by line response to Plaintiff's settlement proposal,

- Counsel are then directed to confer regarding settlement.

- A status conference is scheduled for October 16, 2018 at 10:30 AM in courtroom 830 of the Central Islip courthouse.


                                            SO ORDERED

                                            /s/ Anne Y. Shields
                                            ANNE Y. SHIELDS
                                            United States Magistrate Judge